# Third District Court of Appeal
## State of Florida

Opinion filed October 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-626
Lower Tribunal No. 13-9406
_____


**Sandra Sadlak**,
Appellant,

vs.

**Nationstar Mortgage, LLC, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Alan Fine and David C. Miller, Judges.

Kenzie N. Sadlak, PA, and Kenzie N. Sadlak, for appellant.

Ashland Medley Law, PLLC, and Ashland R. Medley (Coral Springs), for appellee HMC Assets, LLC, etc.


Before LOGUE, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.